**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-6096**

---

BRUCE W. KOENIG,

             Plaintiff - Appellant,

    v.

WEXFORD HEALTH SOURCES, INC.; COLIN OTTEY; AVA JOUBERT-CURTIS;
GREG FLURY; UNKNOWN TRIAGE NURSES,

             Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Senior District Judge.
(1:13-cv-03599-JFM)

---

Submitted:  June 25, 2015              Decided:  June 29, 2015

---

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Bruce W. Koenig, Appellant Pro Se.  Gina Marie Smith, MEYERS,
RODBELL & ROSENBAUM, PA, Riverdale, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce W. Koenig appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Koenig v. Wexford Health Sources, Inc., No. 1:13-cv-03599-JFM (D. Md. Dec. 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED